August 26, 2011

Ms. Susan Desmarais Bonnen
Office of the Attorney General of Texas
Post Office Box 12548 (MC-020)
Austin, TX 78711-2548

Mr. Stephen I. Adler
Barron | Adler LLP
808 Nueces Street
Austin, TX 78701
Honorable J. David Phillips
County Court at Law No. 1
P. O. Box 1748
Austin, TX 78767

RE: Case Number: 10-0235
 Court of Appeals Number: 03-10-00121-CV
 Trial Court Number: C-1-CV-09-002964

Style: IN RE STATE OF TEXAS

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/082611.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. (Justice
Enoch not sitting)

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Dana DeBeauvoir |
| |Mr. Jeffrey D. Kyle |
| |Mr. Jeffrey L. |
| |Oldham |
| |Mr. Gary D. Martin |
| |Mr. Don Wayne Cruse |
| |Jr. |